FORM ordc9037 (Rev. 06/14)

**UNITED STATES BANKRUPTCY COURT**
Northern District of Florida
Tallahassee Division

In Re:  Daniel Marian Gay
    SSN/ITIN: xxx–xx–3422
     Debtor

Bankruptcy Case No.:  19–40056–KKS

Chapter:  7
Judge:  Karen K. Specie

## *ORDER RESTRICTING ACCESS*

One or more documents have been filed in this case which contain a social security number or taxpayer identification number, date of birth, the name of minor children, financial account number, or other personally identifiable information that is in violation of Fed. R. Bankr. P. 9037. Specifically, those documents are:

    ***12*** – All remaining schedules and statements filed by Leighanne Boone on behalf of Daniel Marian Gay [Re: 1 Voluntary Petition (Chapter 7), 4 Notice of Deficiency – Initial]. (Boone, Leighanne)
    Form 121 Statement of Social Security contains full number.

Pursuant to Fed. R. Bankr. P. 9037(d), the Court has restricted access to the aforementioned document(s). Access to the document(s) will be unrestricted after fourteen (14) days from the date of this order. Your failure to file a replacement document that redacts (deletes) the personally identifiable information shall constitute a waiver of the protection of such information pursuant to Fed. R. Bankr. P. 9037(g). It is

    ***ORDERED***:

1. You have fourteen (14) days from the date of this order to file a replacement document containing the proper redactions in the record of this case.
2. If you do not refile the document(s) with the personally identifiable information redacted (removed), you will be deemed to have waived the protection of the information pursuant to Fed. R. Bankr. P. 9037(g), and the restricted access will be removed from the document(s).

***DONE AND ORDERED*** at Tallahassee, Florida, March 4, 2019.

                                                    /s/ Karen K. Specie
                                                  Karen K. Specie
                                                  U.S. Bankruptcy Judge

Service by the Court to:
    All parties in interest